UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CRIMINAL NO. 3:14-CR-00215-B-1 |
| | § | |
| MARCUS FULBRIGHT, #48289-177, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case.  No objections were filed.  The District Court reviewed the proposed findings, conclusions and recommendation for plain error.  Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Defendant's *Amended Motion for Compassionate Release Under 18 U.S.C. § 3582(c)(1)(A)(i)* and his supplemental *Motion for Sentence Reduction* are DENIED WITHOUT PREJUDICE for failure to properly exhaust his administrative remedies.

SO ORDERED this 5th day of October, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE